# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 22, 2020

## NO. 03-18-00725-CV

**Omar Weaver Rosales, Appellant**

**v.**

**Commission for Lawyer Discipline, Appellee**

**APPEAL FROM THE 201ST DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES KELLY AND SMITH
AFFIRMED -- OPINION BY CHIEF JUSTICE ROSE
CONCURRING OPINION BY JUSTICE KELLY**

This is an appeal from the interlocutory order signed by the trial court on September 28, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.